Jill L. Harris #SBN 276832
HARRIS CONSUMER LAW
1581 Oak Knoll Ln
Newcastle, CA 95658
T: 916-572-9410
F: 916-905-3888
E: jill@harrisconsumerlaw.com

Attorney for Plaintiffs,
LUPE ARIAS and JAVIER ARIAS

# UNITED STATES DISTRICT COURT
# EASTERN DISCTRICT OF CALIFORNIA

| LUPE ARIAS and JAVIER ARIAS, | CASE NO.: 2:18-cv-00392-JAM-AC |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER; VACATING THE APRIL 23, 2018 SCHEDULING ORDER AND ISSUING AN AMENDED SCHEDULING ORDER** |
| v. | |
| FCA US LLC; and DOES 1 through 10, | Complaint filed: January 11, 2018 |
| Defendant(s). | Trial date: April 15, 2019 |

  Plaintiffs LUPE ARIAS and JAVIER ARIAS and Defendant, FCA US LLC by and through their respective counsel, having met and conferred, stipulate that the court's Scheduling Order as issued on April 23, 2018 be vacated and an updated Scheduling Order be issued.

  The parties agree to an updated scheduling order per the following dates:

Expert disclosure:       11/2/2018;

Supplemental expert disclosure:  11/16/2018;

Discovery cutoff:       1/11/2019;

1

Arias v FCA US LLC             Joint Stipulation for updated Scheduling Order

| | |
|---|---|
| Dispositive motion filing: | 2/19/2019; |
| Dispositive motion hearing: | 3/19/2019 at 1:30 p.m.; |
| Joint pretrial statement due: | 4/26/2019; |
| Pretrial conference: | 5/3/2019 at 10:00 a.m.; |
| Jury trial: | 6/10/2019 at 9:00 a.m. |

Respectfully Submitted,

Dated: September 17, 2018                      **HARRIS CONSUMER LAW**

/s/ Jill L. Harris_____
Jill L. Harris
Attorney for Plaintiffs,
LUPE ARIAS and JAVIER ARIAS

**HAWKINS PARNELL THACKSTON & YOUNG, LLP**

**/s/** Jeffrey T Thayer_____
Jeffrey T. Thayer
Attorney for Defendant,
FCA US LLC

# **ORDER**

Pursuant to the Joint Stipulation dated September 17, 2018, vacating the court's Scheduling Order entered on April 23, 2018, and good cause appearing; IT IS HEREBY ORDERED that the dates reflected below constitute the updated scheduling order in the matter of LUPE ARIAS and JAVIER ARIAS v FCA US LLC, Case No. 2:18-cv-00392-JAM-CV.

| | |
|---|---|
| Expert disclosure: | 11/2/2018; |
| Supplemental expert disclosure: | 11/16/2018; |
| Discovery cutoff: | 1/11/2019; |
| Dispositive motion filing: | 2/19/2019; |
| Dispositive motion hearing: | 3/19/2019 at 1:30 p.m.; |
| Joint pretrial statement due: | 4/26/2019; |
| Pretrial conference: | 5/3/2019 at 10:00 a.m.; |
| Jury trial: | 6/10/2019 at 9:00 a.m. |

DATED: 9/17/2018

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge