Jill L. Harris (SBN 276832)
HARRIS CONSUMER LAW
1581 Oak Knoll Ln
Newcastle, CA 95968
P: (916) 572-9410
F: (916) 905-3888
E:jill@harrisconsumerlaw.com

Attorneys for Plaintiffs
LUPE ARIAS and JAVIER ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE ARIAS and JAVIER ARIAS, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC., et al., <br><br> Defendants. | Case No. 2:18-CV-00392-JAM-AC <br><br> **NOTICE OF SETTLEMENT; AND REQUEST THAT THE COURT RETAIN JURISDICTION OF THE MATTER PER THE TERMS OF THE SETTLMENT AGREEMENT ATTACHED HERETO AS, [EXHIBIT A]** |

The parties in the above-referenced case, by and through their respective counsel, submit this joint Notice of Settlement pursuant to the executed settlement agreement and release, attached hereto as Exhibit A.

The parties requests that the court retain jurisdiction of the matter until; 1) each has had time to perform the terms of the Release Agreement, and; 2) Attorney' fees and costs have been decided, either by motion per local rules 292 and 293, or stipulation of the parties.

Per the terms of the Release Agreement, performance should be complete within 40 days from

the date of execution of the Release, or in no event more than 60 days from that date.

Once the Release terms are satisfied, and the issue of attorney's fees and costs is decided by this court, or stipulated to between the parties, Plaintiffs will file a dismissal of the entire action, with prejudice.

Accordingly, the parties respectfully request that the court allow 90 days for performance of all terms included in the Release Agreement, including the issue of attorney's fees and costs.

Dated: June 6, 2019     HARRIS CONSUMER LAW

/s/ Jill L. Harris
Jill L. Harris
Attorney for Plaintiffs
LUPE ARIAS and JAVIER ARIAS

Dated: June 7, 2019     HAWKINS PARNELL & YOUNG LLP

Jeffrey T. Thayer
Kristoffer S. Jacob
Attorney for Defendant,
FCA US LLC

IT IS SO ORDERED:

DATED: 6/7/2019     /s/ John A. Mendez

John A. Mendez
UNITED STATES DISTRICT COURT JUDGE