Jill L. Harris #SBN 276832
HARRIS CONSUMER LAW
1581 Oak Knoll Ln
Newcastle, CA 95658
T: 916-572-9410
F: 916-905-3888
E: jill@harrisconsumerlaw.com

Attorney for Plaintiffs,
LUPE ARIAS and JAVIER ARIAS

# UNITED STATES DISTRIC COURT
# EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE ARIAS and JAVIER ARIAS,<br><br>Plaintiffs,<br><br>v.<br><br><br>FCA US LLC; and DOES 1 through 10,<br><br>Defendant(s). | CASE NO.: 2:18-cv-00392-JAM-CV<br><br>**JOINT STIPULATION AND ORDER; FOR AN EXTENSION TO FINALIZE THE TERMS OF THE SETTLEMENT AGREEMENT AND TO DISMISS THE ACTION**<br><br>Complaint filed: January 11, 2018<br>Trial date: Vacated |

Plaintiffs LUPE ARIAS and JAVIER ARIAS and Defendant, FCA US LLC by and through their respective counsel, having met and conferred, stipulate to an extension of 30 days from the date of execution of this stipulation, to complete performance of the terms of the Notice of Settlement, dated June 7, 2019.

Specifically, FCA US LLC needs to pay off the loan on the subject vehicle to complete the repurchase, and the issue of attorney's fees and costs needs to be either stipulated to, or decided by motion.

The parties stipulate and agree that a Notice of Dismissal will be filed once FCA US LLC completes the repurchase of the subject vehicle.

The parties further stipulate and agree that if the issue of attorney's fees and costs is not resolved prior to completion of the repurchase, the court will maintain jurisdiction of the matter for the sole purpose of hearing a motion on attorney's fees. Plaintiffs will file the motion, if necessary, no later than September 23, 2019.

Respectfully Submitted,

Dated: September 13, 2019

**HARRIS CONSUMER LAW**

/s/ Jill L. Harris_____

Jill L. Harris
Attorney for Plaintiffs,
LUPE ARIAS and JAVIER ARIAS

**HAWKINS PARNELL & YOUNG, LLP**

_____

Jeffrey T. Thayer
Attorney for Defendant,
FCA US LLC

## **ORDER**

Pursuant to the Joint Stipulation, dated September 13, 2019, the parities are granted an extension of 30 (thirty) days to complete the terms (as stated below) of the Notice of Settlement, dated June 7, 2019.

FCA US LLC will pay off the loan on the subject vehicle, and unless otherwise stipulated to, Plaintiffs will file their motion for attorney's fees and costs no later than September 23, 2019. The court will maintain jurisdiction of the matter until the motion, if filed, is decided by the court.

THE FOREGOING IS SO ORDERED.

DATED: September 13, 2019      /s/ John A. Mendez_____
                                John A. Mendez
                                United States District Court Judge